```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10  MICHAEL ANDERSON,              )   CASE NO. CV 07-2452-SJO (PJW)
                                   )
11             Petitioner,         )
                                   )   J U D G M E N T
12        v.                       )
                                   )
13  JAMES WALKER, WARDEN,          )
                                   )
14             Respondent.         )
    _____)
15
16        Pursuant to the Order Adopting Findings, Conclusions, and
17  Recommendations of United States Magistrate Judge,
18        IT IS ADJUDGED that the Petition is denied and this action is
19  dismissed with prejudice.
20        DATED:       3/30              .
21
22
23
24                                     _____
                                       S. JAMES OTERO
25                                     UNITED STATES DISTRICT JUDGE
26
27
28  S:\PJW\Cases-State Habeas\ANDERSON, M 2452\Judgment.wpd
```